**[ORAL ARGUMENT NOT SCHEDULED]**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE D.C. CIRCUIT

| | |
|---|---|
| Global Health Council, *et al.*,<br>    Plaintiffs-Appellees,<br><br>v.<br><br>Donald J. Trump, *et al.*,<br>    Defendants-Appellants.<br>———————<br>AIDS Vaccine Advocacy Coalition, *et al.*,<br>    Plaintiffs-Appellees,<br><br>v.<br><br>United States Department of State, *et al.*,<br>    Defendants-Appellants. | Nos. 25-5097, 25-5098 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.    Parties and Amici**

Plaintiffs-appellees in No. 25-5097 are Global Health Council; Small Business Association for International Companies; HIAS; Management

Sciences for Health, Inc.; Chemonics International, Inc.; DAI Global LLC; Democracy International, Inc.; and American Bar Association.

Plaintiffs-appellees in No. 25-5098 are AIDS Vaccine Advocacy Coalition and Journalism Development Network, Inc.

Defendants-appellants in No. 25-5097 are Donald J. Trump; the Secretary of State; the Acting Administrator of the U.S. Agency for International Development; the Acting Deputy Administrator for Policy and Planning of the U.S. Agency for International Development; the Acting Deputy Administrator for Management and Resources of the U.S. Agency for International Development; the Director of Foreign Assistance for the U.S. Department of State; the Director of the Office of Management and Budget; the U.S. Department of State; the U.S. Agency for International Development; and the Office of Management and Budget.

Defendants-appellants in No. 25-5098 are the U.S. Department of State; the U.S. Agency for International Development; the Secretary of State; the Acting Administrator of the U.S. Agency for International Development; the Office of Management and Budget; the Director of the Office of Management and Budget; and Donald J. Trump.

The Constitutional Accountability Center was amicus in district court. There are no amici in this Court as of this filing.

### B. Rulings Under Review

The rulings under review were entered in *AIDS Vaccine Advocacy Coalition v. U.S. Department of State*, No. 25-cv-400 (D.D.C.), and *Global Health Council v. Trump*, No. 25-cv-402 (D.D.C.), by the Honorable Amir H. Ali. They are Memorandum Opinion and Order entered on March 10, 2025, in each case at Docket Number 60 granting in part plaintiffs' motions for a preliminary injunction. *See AIDS Vaccine Advocacy Coal. v. U.S. Dep't of State*, -- F. Supp. 3d --, 2025 WL 752378 (D.D.C. Mar. 10, 2025).

### C. Related Cases

Previous appeals were taken from each of these district court cases. Those appeals were consolidated before being dismissed by this Court for lack of jurisdiction. *See* Order, *AIDS Vaccine Advocacy Coal. v. U.S. Dpe't of State*, Nos. 25-5046, 25-5047 (D.C. Cir. Feb. 26, 2025). The government then sought emergency relief in the Supreme Court. *See Department of State v. AIDS Vaccine Advocacy Coal.*, No. 24A831 (U.S.). With the exception of those appeals, these cases have not been in any court other than the district court from which they originated. The undersigned counsel is

3

unaware of any related cases currently pending in this Court or any other court.

                                                 Respectfully submitted,

                                                 DANIEL TENNY
                                               SEAN R. JANDA

                                               */s/ Brian J. Springer*
                                               BRIAN J. SPRINGER
                                               (202) 616-5446
                                                  Attorneys, Appellate Staff
                                                  Civil Division
                                                  U.S. Department of Justice
                                                  950 Pennsylvania Ave., N.W.
                                                  Washington, D.C. 20530

April 2025