# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Global Health Council, *et at.*, | |
| *Plaintiffs-Appellees*, | |
| v. | Case No. 25-5097 |
| Donald J. Trump, *et al.*, | |
| *Defendants-Appellants*. | |

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.  Parties and *Amici***

<u>Appellants</u>: Donald J. Trump; the Secretary of State; the Acting Administrator of the U.S. Agency for International Development; the Acting Deputy Administrator for Policy and Planning of the U.S. Agency for International Development; the Acting Deputy Administrator for Management and Resources of the U.S. Agency for International Development; the Director of Foreign Assistance for the U.S. Department of State; the Director of the Office of Management and Budget; the U.S. Department of State; the U.S. Agency for International Development; and the Office of Management and Budget.

1

Appellees: Global Health Council; Small Business Association for International Companies; HIAS; Management Sciences for Health, Inc.; Chemonics International, Inc.; DAI Global LLC; Democracy International, Inc.; and American Bar Association.

Amici Curiae: The Constitutional Accountability Center was amicus in district court. There are no amici in this Court as of this filing.

B. **Rulings Under Review**

The ruling under review was entered in *Global Health Council v. Trump*, No. 25-cv-402 (D.D.C.), by the Honorable Amir H. Ali. It is Memorandum Opinion and Order entered on March 10, 2025, at Docket Number 60 granting in part plaintiffs' motions for a preliminary injunction. *See Global Health Council v. Trump*, 2025 WL 752378 (D.D.C. Mar. 10, 2025).

C. **Related Cases**

The government previously took an appeal from this district court case. That appeal was consolidated with another appeal from a different district court case, *AIDS Vaccine Advocacy Coalition v. U.S. Department of State*, No. 25-cv-400 (D.D.C.). Both appeals were dismissed by this Court. *See* Order, *AIDS Vaccine Advocacy Coal. v. U.S. Dep't of State*, Nos. 25-5046, 25-5047 (D.C. Cir. Feb. 26, 2025). The government then sought emergency relief in the Supreme Court. *See Department of State v. AIDS Vaccine Advocacy Coal.*, No. 24A831 (U.S.). With the

exception of those appeals, these cases have not been in any court other than the district court from which they originated.

This Court has once again consolidated this appeal with the government's appeal in *AIDS Vaccine Advocacy Coalition v. U.S. Department of State*, No. 25-5098 (D.C. Cir.).

The undersigned counsel is unaware of any related cases currently pending in this Court or any other court.

Dated: May 6, 2025

Respectfully submitted,

 /s/ *William C. Perdue*
William C. Perdue
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
William.Perdue@arnoldporter.com

*Counsel for Appellees*

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Global Health Council, *et al.*, <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br><br> *Defendants-Appellants*. | Case No. 25-5097 |

## RULE 26.1 DISCLOSURE STATEMENT

The undersigned counsel of record for Appellees Global Health Council; Small Business Association for International Companies; HIAS; Management Sciences for Health; Chemonics International, Inc.; DAI Global, LLC; Democracy International, Inc.; and American Bar Association, certifies that to the best of my knowledge and belief, none the aforementioned Appellees have parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

Dated: May 6, 2025                    Respectfully submitted,

  /s/ *William C. Perdue*
William C. Perdue
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
William.Perdue@arnoldporter.com

*Counsel for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


Dated: May 6, 2025	*s/ William C. Perdue*
	William C. Perdue