UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al., <br><br>    *Plaintiffs-Appellees*, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF STATE, et al., <br><br>    *Defendants-Appellants* | Case No. 25-5098 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1) and Federal Rule of Appellate Procedure 26.1, the undersigned counsel certifies as follows:

**A. Parties and Amici**

Appellants are United States Department of State; United States Agency for International Development; Marco Rubio, Secretary of State and Acting Administrator for the United States Agency for International Development; Office of Management and Budget; Russell Vought, Director, Office of Management and Budget; and, Donald Trump.

Appellees are AIDS Vaccine Advocacy Coalition and Journalism Development Network, Inc. AIDS Vaccine Advocacy Coalition is a 501(c)(3) non-profit corporation that works to hasten the end of the global HIV/AIDS epidemic by accelerating development and delivery of HIV prevention options. Plaintiff Journalism Development Network, Inc., is a 501(c)(3) non-profit corporation that supports a global consortium of journalists from more than 70 non-profit investigative centers and regional news organizations across the world.

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellees state that neither of them has a parent, subsidiary, or affiliate that has issued shares or debt securities to the public.

The Constitutional Accountability Center was amicus in district court.

There are no intervenors or amici in this Court as of this filing.

### B. Rulings Under Review

The ruling under review is a Memorandum Opinion and Order (Dkt. No. 60) entered by the Honorable Amir H. Ali, on March 10, 2025, granting in part plaintiffs' motions for a preliminary injunction. *See AIDS Vaccine Advoc. Coal. v. United States Dep't of* State, No. 25-cv-400, 2025 WL 752378 (D.D.C. Mar. 10, 2025).

### C. Related Cases

Appellants previously appealed an earlier of the district court in this case. That appeal was consolidated with the appeal in *Global Health Council v. Donald J. Trump*, No. 25-cv-402 (D.D.C.). Both appeals were dismissed by this Court. *See* Order, *AIDS Vaccine Advocacy Coal. v. U.S. Dep't of State*, Nos. 25-5046, 25-5047 (D.C. Cir. Feb. 26, 2025). Appellants then requested emergency relief in the Supreme Court, which denied that request. *See Department of State v. AIDS Vaccine Advocacy Coal.*, 145 S. Ct. 753 (2025),

This Court has consolidated this appeal with the appeal in *Global Health Council v. Donald J. Trump*, No. 25- 5097 (D.C. Cir.).

With the exception of the appeals described above, these cases have not otherwise been in any court other than the district court from which they originated.

The undersigned counsel is unaware of any related cases currently pending in this Court or any other court.

| | |
|---|---|
| Date: May 6, 2025 | Respectfully submitted, |
| | /s/ Lauren E. Bateman<br>Lauren E. Bateman<br>Allison M. Zieve<br>Nicolas A, Sansone<br>Public Citizen Litigation Group<br>1200 20th Street NW<br>Washington, DC 20009<br>(202) 588-7739<br>lbateman@citizen.org |
| | *Counsel for Appellees* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2026, I caused the foregoing document to be electronically filed using the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 6, 2025

                                              /s/ Lauren E. Bateman
                                              Lauren E. Bateman