# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5097**  **September Term, 2024**

1:25-cv-00400-AHA  
1:25-cv-00402-AHA

**Filed On:** May 6, 2025

Global Health Council, et al.,

    Appellees

  v.

Donald J. Trump, in his official capacity as President of the United States of America, et al.,

    Appellants

------------------------------

Consolidated with 25-5098

**BEFORE:** Henderson and Wilkins, Circuit Judges

### O R D E R

Upon consideration of the unopposed motion to expedite, it is

**ORDERED** that these consolidated appeals be expedited and that the following briefing schedule will apply:

| | |
|---|---|
| Appellants' Opening Brief | May 9, 2025 |
| Appendix | May 9, 2025 |
| Joint Appellees' Brief | June 6, 2025 |
| Appellants' Reply Brief | June 18, 2025 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5097**                                                   **September Term, 2024**

      The parties will be informed later of the date of any oral argument and the composition of the merits panel.

      Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

      To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 43–44 (2024); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. <u>See</u> Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. <u>See</u> D.C. Cir. Rule 28(a)(8).

<b><u>Per Curiam</u></b>

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                         BY:    /s/
                                      Selena R. Gancasz
                                       Deputy Clerk