ORAL ARGUMENT NOT YET SCHEDULED
No. 25-5097 (consolidated with 25-5098)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

Global Health Council, et al.,
*Appellees,*

v.

Donald J. Trump, in his official capacity as
President of the United States of America, et al.
*Appellants.*

On Appeal from the United States District Court for the District of Columbia

## NOTICE OF INTENT TO FILE BRIEF OF *AMICI CURIAE*

ALAN WILSON
Attorney General of South Carolina

ROBERT COOK
Solicitor General
J. EMORY SMITH, JR.
Deputy Solicitor General
BEN MCGREY*
THOMAS T. HYDRICK
JOSEPH D. SPATE
Asst. Dep. Solicitors General
 *Counsel of Record*
State of South Carolina
Office of the Attorney General
1000 Assembly St.
Columbia, SC 29201
803.734.3371
benmcgrey@scag.gov

DAVE YOST
Attorney General of Ohio

T. ELLIOT GAISER*
Ohio Solicitor General
 *Counsel of Record*
MATHURA J. SRIDHARAN
KATIE ROSE TALLEY
Deputy Solicitors General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
thomas.gaiser@ohioago.gov

*(Additional counsel listed after signature block)*

## NOTICE OF INTENT TO FILE BRIEF OF *AMICI CURIAE*

The States of Ohio, South Carolina, Alabama, Alaska, Arkansas, Florida, Georgia, Indiana, Iowa, Kansas, Louisiana, Mississippi, Nebraska, North Dakota, Oklahoma, South Dakota, Tennessee, Texas, Utah, and West Virginia intend to file an amicus brief in support of the Appellants in the above-captioned appeal and hereby provides notice of that intent pursuant to Circuit Rule 29(b).

Dated: May 16, 2025

ALAN WILSON
Attorney General of
South Carolina

ROBERT COOK
Solicitor General
J. EMORY SMITH, JR.
Deputy Solicitor General
BEN MCGREY*
THOMAS T. HYDRICK
JOSEPH D. SPATE
Asst. Dep. Solicitors General
 *Counsel of Record*
State of South Carolina
Office of the Attorney General
1000 Assembly St.
Columbia, SC 29201
803.734.3371
benmcgrey@scag.gov

*Counsel for State of South Carolina*

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ T. Elliot Gaiser*
T. ELLIOT GAISER*
Ohio Solicitor General
  *Counsel of Record*
MATHURA J. SRIDHARAN
KATIE ROSE TALLEY
Deputy Solicitors General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
thomas.gaiser@ohioago.gov

*Counsel for State of Ohio*

1

## ADDITIONAL COUNSEL

STEVE MARSHALL
Alabama Attorney General

TREG R. TAYLOR
Alaska Attorney General

TIM GRIFFIN
Arkansas Attorney General

JAMES UTHMEIER
Florida Attorney General

CHRISTOPHER M. CARR
Georgia Attorney General

THEODORE E. ROKITA
Indiana Attorney General

BRENNA BIRD
Iowa Attorney General

KRIS KOBACH
Kansas Attorney General

LIZ MURRILL
Louisiana Attorney General

LYNN FITCH
Mississippi Attorney General

MICHAEL T. HILGERS
Nebraska Attorney General

DREW H. WRIGLEY
North Dakota Attorney General

GENTNER DRUMMOND
Oklahoma Attorney General

MARTY JACKLEY
South Dakota Attorney General

JONATHAN SKRMETTI
Tennessee Attorney General
and Reporter

KEN PAXTON
Texas Attorney General

DEREK E. BROWN
Utah Attorney General

JOHN B. MCCUSKEY
West Virginia Attorney General

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed R. App. P. 32(f) and (g), I hereby certify that the foregoing complies with Fed. R. App. P. 27(d)(2)(A) because it contains 63 words, excluding exempted portions, according to the count of Microsoft Word.

I further certify that the brief complies with Fed. R. App. P. 27(d)(1)(E), 32(a)(5) and (6) because it has been prepared in 14-point Equity Font.

>  */s/ T. Elliot Gaiser*
>  T. ELLIOT GAISER
>  *Counsel for State of Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I caused the foregoing to be electrically filed with the Clerk of the Court by using the Court's CM/ECF system. All registered counsel will be served by the Court's CM/ECF system.

*/s/ T. Elliot Gaiser*
T. ELLIOT GAISER
*Counsel for State of Ohio*
