# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Global Health Council, et al.

**v.**

Donald J. Trump et al.

**Case No:** 25-5097

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Global Health Council

Small Business Association for International Companies

HIAS

Management Sciences for Health, Inc.

Chemonics International, Inc.

DAI Global LLC

Democracy International, Inc.

American Bar Association

### Counsel Information

Lead Counsel: Daniel Jacobson

Direct Phone: ( 301 ) 823-1148   Fax: ( ___ ) ___ - ___   Email: dan@jacobsonlawyersgroup.com

2nd Counsel:

Direct Phone: ( ___ ) ___ - ___   Fax: ( ___ ) ___ - ___   Email:

3rd Counsel:

Direct Phone: ( ___ ) ___ - ___   Fax: ( ___ ) ___ - ___   Email:

Firm Name:   Jacobson Lawyers Group PLLC

Firm Address: 1629 K Street NW, Suite 300, Washington, DC 20006

Firm Phone: ( 30 ) 823-1148   Fax: ( ___ ) ___ - ___   Email: dan@jacobsonlawyersgroup.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[ Save ]   [ Reset Form ]   [ Print Form ]