ORAL ARGUMENT SCHEDULED FOR JULY 7, 2025
Case No. 25-5097 (consolidated with 25-5098)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

GLOBAL HEALTH COUNCIL, *et al.*,
*Appellees*,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *et al.,*
*Appellants*.

On Appeal from the United States District Court
for the District of Columbia

## NOTICE OF INTENT TO FILE *AMICUS CURIAE* BRIEF
## IN SUPPORT OF APPELLEES

Pursuant to D.C. Circuit Rule 29, the Center for Applied Environmental Law and Policy gives notice of its intention to file an amicus curiae brief on behalf of law scholars in support of Appellees. Law Scholars *Amici* are law professors who teach and write in the fields of constitutional and administrative law. *Amicus* William W. Buzbee is the Edward and Carole Walter Professor of Law at Georgetown University Law Center. *Amicus* Noah Rosenblum is an Associate Professor of Law at New York University School of Law. *Amicus* Jodi Short is the Mary Kay Kane Distinguished Professor of Law at University of California College of Law, San Francisco. Appellants and Appellees consent to the filing of this brief.

1

Dated: June 13, 2025

Respectfully submitted,

*/s/* Patrick R. Jacobi
Jonas Monast
Patrick R. Jacobi
Alexandra L. St. Romain
CENTER FOR APPLIED ENVIRONMENTAL
LAW AND POLICY
712 H Street NE, Suite 90006
Washington, DC 20002
(703) 405-8950
patrick.jacobi@caelp.org

*Counsel for Law Scholars* Amici Curiae

## CIRCUIT RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to D.C. Circuit Rule 26.1, Law Scholars *Amici Curiae* state that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

Dated:  June 13, 2025                               */s/* Patrick R. Jacobi
                                                    Patrick R. Jacobi

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of June, 2025, I caused the foregoing Notice to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the Court's CM/ECF system, which constitutes service on all parties and parties' counsel who are registered ECF filers.

                                                    */s/* Patrick R. Jacobi
                                                    Patrick R. Jacobi