# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5097**                    **September Term, 2024**

**1:25-cv-00402-AHA**
**1:25-cv-00400-AHA**

**Filed On: July 3, 2025** [2123823]

Global Health Council, et al.,

       Appellees

      v.

Donald J. Trump, in his official capacity as
President of the United States of America,
et al.,

       Appellants

-----------------------------

Consolidated with 25-5098

    **BEFORE:**   Henderson, Katsas, and Pan, Circuit Judges

## O R D E R

    Upon consideration of appellees' motion for leave to file a surreply, and the lodged surreply, it is

    **ORDERED** that the motion be granted.  The Clerk is directed to file the lodged surreply.

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:   /s/
                Michael C. McGrail
                Deputy Clerk