# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-5097** | **September Term, 2024** |
| | 1:25-cv-00402-AHA |
| | 1:25-cv-00400-AHA |
| | **Filed On: August 13, 2025** [2129855] |

Global Health Council, et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as President of the United States of America, et al.,

    Appellants

------------------------------

Consolidated with 25-5098

## **O R D E R**

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                     **FOR THE COURT:**
                                     Clifton B. Cislak, Clerk

                    BY:    /s/
                                Daniel J. Reidy
                                Deputy Clerk